IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SUNGKYUNKWAN UNIVERSITY, RESEARCH AND BUSINESS FOUNDATION,<br><br>   Plaintiff**,**<br><br>  v.<br><br>HANGZHOU SHINING 3D CO., LTD AND MAKERTREE 3D, LLC,<br><br>   Defendant. | CIVIL ACTION NO. 2:16-cv-1450<br><br>JURY TRIAL DEMANDED |

## ORIGINAL COMPLAINT

This is an action for patent infringement in which SungKyunKwan University, Research and Business Foundation ("SKK University") makes the following allegations against Hangzhou Shining 3D Co., Ltd ("Shining") and MakerTree 3D, LLC ("MakerTree") (collectively "Defendants"):

## PARTIES

1. SKK University is a Korean Private Research University with a principle place of business located at 2066 Seobu-ro, Jangan-gu, Suwon, Gyeonggi-do 440-746, Republic of Korea. SKK University was initially founded in 1398. SKK University has two campuses in Seoul and Suwon, South Korea.

2. Shining is a Chinese company formed under the laws of the Peoples Republic of China with a principal place of business located at No. 1398, Xiangbin Road, Wenyan, Xiaoshan, Hangzhou, Zhejiang, China. On information and belief, Shining may be served at the address above.

3. MakerTree is a limited liability company, and a distributor of Shining, organized and existing under the laws of the State of Texas with a principal place of business located at 1000 E. Campbell Rd., Ste. 110, Richardson, TX 75081. MakerTree can be served via its registered agent for service of process: Sean Kilmer at the address above.

## JURISDICTION AND VENUE

4. This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271(a), 281, and 284 - 85. This Court has subject matter jurisdiction over this action under 28 U.S.C. §1331 and §1338(a).

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b). Upon information and belief, Defendants have transacted business in this district, and have committed acts of patent infringement in this district.

6. Defendants are subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendants' substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this district.

## U.S. PATENT NO. 7,957,639

7. On June 7, 2011, United States Patent No. 7,957,639 (the "'639 patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Method and System for Determining Optimal Exposure of a Structured Light Based 3D Camera." A true and correct copy of the '639 patent is attached hereto as Exhibit A.

8. Sukhan Lee, Moon Wook Ryu, and Dae Sik Kim are the inventors of the '639 patent. Professor Sukhan Lee is a director of the Intelligent Systems Research Institute at

Sungkyunkwan University. He is a pioneer in the field of 3D scanning and has published numerous scholarly articles in the field. *See* http://isrc.skku.ac.kr/people/people_detail.php?idx=82

9. SKK University is the owner of the '639 Patent with all rights in and to that patent.

10. Upon information and belief, to the extent any marking was required by 35 U.S.C. § 287, SKK University has complied with such requirements.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 7,957,639

11. Defendants directly or through intermediaries, make, use, import, sell, and/or offer for sale products and/or systems (*i.e.*, the EinScan-Pro 3D and EinScan-S 3D Scanners (the "Accused Instrumentalities")) that infringe claim 1 of the '639 patent.

12. Upon information and belief, Defendants have been and are now infringing claim 1 of the '639 Patent in the State of Texas, in this Judicial District, and elsewhere in the United States, by, among other things, directly or through intermediaries, making, using, importing, providing, selling and/or offering for sale three dimensional scanners, *i.e.*, the Accused Instrumentalities, covered by one or more claims of the '639 Patent to the injury of SKK University. Defendants are directly infringing, literally infringing, and/or infringing the '639 Patent under the doctrine of equivalents. Defendants are thus liable for infringement of the '639 Patent pursuant to 35 U.S.C. § 271(a).

13. The Accused Instrumentalities infringe claim 1 of the '639 Patent and perform a method for determining an optimal exposure of a structured light based three dimensional (3D) camera system including a projecting means for illuminating a predetermined pattern on a target object (*e.g.*, a specific light pattern is projected onto the object to be scanned), an image capturing means for capturing an image of the target object with the pattern projected (*e.g.*, a high resolution

digital camera), and a processing means for reconstructing 3D data based on the captured image (*i.e.*, a computer running the EinScan 3d Scanner software). *See* Exhibit B, Figs. 1-5 and Exhibit C, Figs. 1-5.

14. The Accused Instrumentalities obtain an image of a target object with a predetermined pattern projected thereon, which is illuminated from a projecting means, and an image of the target object without a predetermined pattern projected thereon (*i.e.*, the Accused Instrumentalities capture an image with the projected pattern and an image without the projected pattern). *See* Ex. B., Figs. 3-5 and Ex. C, Figs. 3-5

15. The Accused Instrumentalities automatically determine an optimal exposure level of the structured light based 3D camera system using said two kinds of images (*e.g.*, the light levels are adjusted based on the images returned). *See* Ex. B, Figs. 1 – 5, Ex. C, Figs. 1-5.

16. As a result of Defendants' infringement of the '639 Patent, SKK University has suffered monetary damages and are entitled to a money judgment in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the court, and SKK University will continue to suffer damages in the future unless Defendants' infringing activities are enjoined by this Court.

17. Unless a permanent injunction is issued enjoining Defendants and their agents, servants, employees, representatives, affiliates, and all others acting on in active concert therewith from infringing the '639 Patent, SKK University will be greatly and irreparably harmed.

## JURY DEMAND

SKK University hereby requests a trial by jury on all issues so triable by right.

## **PRAYER FOR RELIEF**

SKK University requests that the Court find in their favor and against Defendants, and that the Court grant SKK University the following relief:

a. Judgment that one or more claims of the '639 patent have been infringed, either literally and/or under the doctrine of equivalents, by Defendants;

b. A permanent injunction enjoining Defendants and their officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement, inducing infringement of, or contributing to infringement of the '639 patent;

c. Judgment that Defendants account for and pay to SKK University all damages and costs incurred by SKK University, caused by Defendants' infringing activities and other conduct complained of herein;

d. That SKK University be granted pre-judgment and post-judgment interest on the damages caused by Defendants' infringing activities and other conduct complained of herein;

e. That this Court declare this an exceptional case and award SKK University reasonable attorneys' fees and costs in accordance with 35 U.S.C. § 285; and

f. That SKK University be granted such other and further relief as the Court may deem just and proper under the circumstances.


DATED December 26, 2016.                Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kmccool@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
SUNGKYUNKWAN UNIVERSITY**